

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Wahid Siddiqi DEFENDANT(S). | CASE NUMBER 08-1829 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _deft_ , IT IS ORDERED that a detention hearing is set for ~~8~~ Tuesday , 8/5 , at 2:00 ☐ a.m. / ☒ p.m. before the Honorable _Ralph Zarefsky_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/4/08_                    _[signature]_
                                   ~~U.S. District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1