

FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CR08-974 GAF

UNITED STATES OF AMERICA,          )
                                   )
           Plaintiff,              )   ORDER OF DETENTION AFTER
                                   )   HEARING (Fed.R.Crim.P. 32.1(a)(6)
           v.                      )   Allegations of Violations of Probation
                                   )   Supervised Release)
Siddiqi                            )   Conditions of Release)
                                   )
                                   )
           Defendant.              )
_____)

   On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will

reasonably assure:

   (A)   (✓)  the appearance of defendant as required; and/or

   (B)   ( )  the safety of any person or the community.

//

//

The court concludes:

A.  (—)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *he can remain crimi[inal]/drug free*

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: *he is lacking a risk of people*

IT IS ORDERED that defendant be detained.

DATED: _____ e) 4 13 _____

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2